IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL OAK,

      Petitioner,                    No. CIV S-08-1005 GEB GGH P

   vs.

D. K. SISTO,

      Respondent.             ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, seeks a certificate of appealability for this court's January 31, 2011 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

      A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

1  For the reasons set forth in the magistrate judge's November 18, 2010 findings
2  and recommendations, and also in light of the United States Supreme Court's recent decision in
3  Swarthout v. Cooke, 502 U.S. \_\_\_, \_\_\_ S. Ct. \_\_\_, 2011 WL 197627 *2 (Jan. 24, 2011),
4  petitioner has not made a substantial showing of the denial of a constitutional right.  Accordingly,
5  a certificate of appealability should not issue in this action.
6      IT IS HEREBY ORDERED THAT:
7      1. A certificate of appealability shall not issue in this action; and
8      2. Petitioner's February 8, 2011 motion for clarification of order adopting findings
9  and recommendations is denied as moot.
10 Dated:  February 25, 2011

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge